UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA : | **INFORMATION** |
| -v.- : | S7 11 Cr. 59 (LAK) |
| XAVIER CORREA, : | |
|     a/k/a "X," | |
|     a/k/a "Savier," : | |
| Defendant. : | |

**ORIGINAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 13 2013

- - - - - - - - - - - - - - - - - x

### COUNT ONE

The United States Attorney charges:

On or about January 13, 2011, in the Southern District of New York, XAVIER CORREA, a/k/a "X," a/k/a "Savier," the defendant, willfully and knowingly, during and in relation to a drug trafficking crime, namely, a conspiracy to distribute crack cocaine, in violation of Title 21, United States Code, Section 846, did use and carry firearms, and, in furtherance of such crime, did possess firearms, and did aid and abet the use, carrying, and possession of firearms, and in the course thereof did cause the death of a person through the use of a firearm, which killing is murder as defined in Title 18, United States Code, Section 1111(a), to wit, CORREA provided firearms to other co-conspirators not named herein and directed that the other co-conspirators shoot at rival drug sellers, which the co-

conspirators did and which shooting caused the death of Jovan Carroll.

(Title 18, United States Code, Sections 924(j)(1) and 2.)

*Preet Bharara*
_____
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

XAVIER CORREA,
a/k/a "X,"
a/k/a "Savier,"

Defendant.

## INFORMATION

S7 11 Cr. 59 (LAK)

(Title 18, United States Code,
Sections 924(j)(1) and 2.)

PREET BHARARA
United States Attorney.

5/13/13 - Filed Superseding Information
ac       Filed Waiver of Indictment.
                        Judge Maas
                        [signature]

3