UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

    -against-                                                11-cr-0059 (LAK)

XAVIER CORREA,

                Defendant(s).
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The government shall respond to defendant's motion to correct sentence on or before December 7, 2020.

        SO ORDERED.

Dated:        November 23, 2020

                                                /s/ Lewis A. Kaplan / PCM
                                                      Lewis A. Kaplan
                                                 United States District Judge